# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DONTY SIMMONS**                                                    **PLAINTIFF**

V.                    **CASE NO. 5:14-CV-151 BSM/BD**

**ADAMS, et al.**                                                 **DEFENDANTS**

## ORDER

Mr. Simmons, a pre-trial detainee housed at the W.C. "Dub" Brassell Adult Detention Center, filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #1) Since filing his original complaint, Mr. Simmons has filed an amended complaint clarifying his constitutional claims. For screening purposes, Mr. Simmons has stated a constitutional claim against each of the named Defendants. Accordingly, service is now appropriate.

The Clerk of Court is directed to prepare summonses for each of the named Defendants. The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (#1, #3), and a summons on these Defendants without requiring prepayment of fees and costs or security. Service for the Defendants should be through the Jefferson County Sheriff's Department, 101 East Barraque Street, Pine Bluff, Arkansas 71611.

IT IS SO ORDERED, this 14th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE