IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONTY SIMMONS**                                                                          **PLAINTIFF**

v.                              **CASE NO. 5:14CV151 BSM**

**ED ADAMS et al.**                                                                         **DEFENDANTS**

## ORDER

The partial recommended dispositions submitted by Magistrate Judge Beth Deere have been reviewed, and no objections have been filed. The recommendations should be, and hereby are, approved and adopted in all respects.

Mr. Simmons's motions for preliminary injunctive relief [Doc. Nos. 25, 30] are therefore denied.

IT IS SO ORDERED this 15th day of July 2014.

_____
UNITED STATES DISTRICT JUDGE