IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DONTY SIMMONS**                                                                                **PLAINTIFF**

v.                          **CASE NO. 5:14CV00151 BSM**

**ED ADAMS et al.**                                                                          **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed and the parties have not filed objections. After careful consideration, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety all respects. Accordingly, Mr. Simmons's claims are dismissed without prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 20th day of August 2014.

UNITED STATES DISTRICT JUDGE